# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0076.  BRANDON CRAIG WOOD v. THE STATE.**

In 2015, Brandon Wood was convicted of obstruction and shoplifting, and the trial court imposed a sentence that included a period of probation.  In September 2017, the trial court revoked two years of Wood's probation after he was arrested for aggravated assault and another obstruction charge.  Wood then filed a motion to reduce or modify his sentence, which the trial court denied in an order entered on June 26, 2018.  On August 23, 2018, Wood filed this application for discretionary review.  We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Wood's application is untimely, as it was filed 58 days after entry of the order he seeks to appeal.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/18/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*